UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION

                              Plaintiff,

-against-

KIMBERLY J. CARRELLA,
VINCENT M. CARRELLA,
JAMES R. MANCUSO
KEVIN J. BARTON,
PHILIP J. HOURICAN,
NOEL J. BELMONTE, and
JOHN C. KAWAS, JR.,

                                Defendants
------------------------------------------------------------------X

Case #: CV 04 3754

Judge Wexler
Magistrate Orenstein

**ANSWER OF
JAMES R. MANCUSO**

      The Defendant, JAMES R. MANCUSO, by his attorneys, The Law Offices of Howard E. Greenberg, Esq., P.C., as and for his Answer respectfully alleges upon information and belief:

1. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1".

2. Denies each and every allegation contained in paragraph "2".

3. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "3".

4. Denies each and every allegation contained in paragraph "4".

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5".

6. Denies each and every allegation contained in paragraphs "6".

7. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "7" and "8",

8. Denies each and every allegation contained in paragraph "9".

9. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "10", "11", "12", "13", "14", "15" and "16".

10. Denies each and every allegation contained in paragraph "17".

11. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "18", "19", "21", "22", "23", "24", and "25".

12. Denies each and every allegation contained in paragraphs "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", and "38".

13. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", and "70".

14. Denies each and every allegation contained in paragraphs "71", "72", "73", "74", "75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85", "86", "87", "88", "89", "90", "91", and "92".

15. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "93", "94", "95", "96", "97", "98", "99", "100", "101", "102", "103", "104", "105", "106", "107", "108", "109", "110", "111", "112", "113", "114", "115", "116", "117", "118", "119", "120", "121", "122", "123", "124", "125", "126", "127", "128", "129", "130", "131", "132", "133", "134", "135", and "136".

16. Denies each and every allegation contained in paragraphs "137", "138", "139", "140", "141", "142", "143", "144", "145", and "146".

17. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "147" and "148"

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

18. The Complaint fails to state a cause of action upon which relief may be granted as against the answering defendant.

**WHEREFORE,** Defendant James R. Mancuso demands judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action and such other and further relief as the court deems just and proper.

Dated:   Melville, New York
          September 29, 2004

>                    Yours etc.,
>
>                    LAW OFFICES OF
>                    HOWARD E. GREENBERG, ESQ., P.C.
>
>
>             By: _____/S/_____
>                    Howard E. Greenberg, Esq. (2773)
>                      *Attorney's for Defendant*
>                      *James R. Mancuso*
>                    1660 Walt Whitman Road- Suite 101
>                    Melville, New York 11747
>                    (631) 777-4747

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION

                          Plaintiff,

  -against-

KIMBERLY J. CARRELLA, VINCENT M. CARRELLA,
JAMES R. MANCUSO, KEVIN J. BARTON,
PHILIP J. HOURICAN, NOEL J. BELMONTE, and
JOHN C. KAWAS, JR.,

                          Defendants
-----------------------------------------------------------------x

Case #: CV 04 3754

Judge Wexler
Magistrate Orenstein

**ANSWER OF
JAMES R. MANCUSO**

# Certificate of Service

**I, FRAN TYRRELL, do hereby certify on September 29, 2004 a true and correct copy of the enclosed Answer was electronically filed with the Court and forwarded via Regular Mail to the following addresses:**

**United States Securities and Exchange Commission
Northeast Regional Office
233 Broadway
New York, New York 10279
ATT: Carolyn L. Hiller (CH-6240)
Attorney for Plaintiff**

**Charles M. O'Rourke, Esq.**　　　　　　　　　　**Michael P. Gilmore, Esq.**
**2 Swenson Drive**　　　　　　　　　　　　　　　**Sims Moss Klein & Davis LLP**
**Woodbury, New York 11797**　　　　　　　　　　**129 Third Street**
**(Counsel for Kimberly Carrella)**　　　　　　　　**Mineola, New York 11501**
　　　　　　　　　　　　　　　　　　　　　　　　**(Counsel for John Kawas)**

**Gregory P. Gnall, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
(Counsel for Vincent Carrella)**

**Steven E. Losquadro, Esq.
701D Route 25A
Rocky Point, New York 11778
(Counsel for Kevin Barton)**

**Noel J. Belmonte
44 Maple Avenue
Bellport, New York 11713**