UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION

                                      Plaintiff,

-against-

KIMBERLY J. CARRELLA,
VINCENT M. CARRELLA,
JAMES R. MANCUSO
KEVIN J. BARTON,
PHILIP J. HOURICAN,
NOEL J. BELMONTE, and
JOHN C. KAWAS, JR.,

                                        Defendants
------------------------------------------------------------------X

Case #: CV 04 3754

Judge Wexler
Magistrate Orenstein

**ANSWER OF
PHILIP J. HOURICAN**

       The Defendant, PHILIP J. HOURICAN, by his attorneys, The Law Offices of Howard E. Greenberg, Esq., P.C., as and for his Answer respectfully alleges upon information and belief:

1. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1".

2. Denies each and every allegation contained in paragraph "2".

3. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "3".

4. Denies each and every allegation contained in paragraph "4".

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5".

6. Denies each and every allegation contained in paragraphs "6".

7. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "7", "8", "9", and "10".

8. Denies each and every allegation contained in paragraph "11".

9.  Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "12", "13", "14", "15" and "16".

10. Denies each and every allegation contained in paragraph "17".

11. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "18", "19","20", "21", "23", "24", and "25".

12. Denies each and every allegation contained in paragraphs "26", "27", "28" and "29".

13. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "30".

14. Denies each and every allegation contained in paragraphs "31", "32" and "33".

15. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "34".

16. Denies each and every allegation contained in paragraphs "35", "36", "37" and "38".

17. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85", "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96", "97", "98", "99", "100", "101", "102", "103", "104", "105", "106", "107", and "108".

18. Denies each and every allegation contained in paragraphs, "109", "110", "111", "112", "113", "114", "115", "116", "117", "118", "119", "120", "121", "122", "123" and "124".

19. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "125", "126", "127", "128", "129", "130", "131", "132", "133", "134", "135" and "136".

20. Denies each and every allegation contained in paragraphs "137", "138", "139", "140", "141", "142", "143", "144", "145", and "146".

21. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "147" and "148".

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

22. The Complaint fails to state a cause of action upon which relief may be granted as against the answering defendant.

**HEREFORE,** Defendant Philip J. Hourican demands judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action and such other and further relief as the court deems just and proper.

Dated:   Melville, New York
            October 6, 2004

                              Yours etc.,

                              LAW OFFICES OF
                              HOWARD E. GREENBERG, ESQ., P.C.


                         By: _____/S/_____
                              Howard E. Greenberg, Esq. (2773)
                                *Attorney's for Defendant*
                                *Philip J. Hourican*
                              1660 Walt Whitman Road- Suite 101
                              Melville, New York 11747
                              (631) 777-4747

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION

                      Plaintiff,

  -against-

KIMBERLY J. CARRELLA, VINCENT M. CARRELLA,
JAMES R. MANCUSO, KEVIN J. BARTON,
PHILIP J. HOURICAN, NOEL J. BELMONTE, and
JOHN C. KAWAS, JR.,

                      Defendants
-----------------------------------------------------------------x

Case #:  CV 04 3754

Judge Wexler
Magistrate Orenstein

**ANSWER OF**
**PHILIP J. HOURICAN**

### Certificate of Service

**I**, FRAN TYRRELL, do hereby certify on October 6, 2004 a true and correct copy of the enclosed Answer was electronically filed with the Court and forwarded via Regular Mail to the following addresses:

**United States Securities and Exchange Commission**
**Northeast Regional Office**
**233 Broadway**
**New York, New York 10279**
**ATT:  Carolyn L. Hiller (CH-6240)**
**Attorney for Plaintiff**

| | |
|---|---|
| **Charles M. O'Rourke, Esq.**<br>**2 Swenson Drive**<br>**Woodbury, New York 11797**<br>**(Counsel for Kimberly Carrella)** | **Michael P. Gilmore, Esq.**<br>**Sims Moss Klein & Davis LLP**<br>**129 Third Street**<br>**Mineola, New York 11501**<br>**(Counsel for John Kawas)** |

**Gregory P. Gnall, Esq.**
**Proskauer Rose LLP**
**1585 Broadway**
**New York, New York 10036**
**(Counsel for Vincent Carrella)**

**Steven E. Losquadro, Esq.**
**701D Route 25A**
**Rocky Point, New York 11778**
**(Counsel for Kevin Barton)**

**Noel J. Belmonte**
**44 Maple Avenue**
**Bellport, New York 11713**

                                              s/ Fran Tyrrell